■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD MERCHANT, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Thorp, J.), rendered February 8, 1984, convicting him of attempted burglary in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY MOBLEY, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Savarese, J.), rendered January 4, 1991, convicting him of burglary in the second degree and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The failure of the prosecution to turn over a copy of the receipt the complainant signed before retrieving her property from the property clerk's office was not a *Rosario* violation *(see, People v Rosario,* 9 NY2d 286, *cert denied* 368 US 866) since the information contained in the form was unrelated to the subject matter of the complainant's direct testimony *(see,* CPL 240.45 [1] [a]; *People v Deas,* 174 AD2d 751; *People v Watkins,* 157 AD2d 301).

The sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80). Thompson, J. P., Rosenblatt, Lawrence and Miller, JJ., concur.